The People of the State of Illinois, Plaintiff-Appellee, *v.* Phillip Jaros, Defendant-Appellant.

(No. 73-442;

Second District (1st Division)—April 7, 1975.

Opinion by Mr. JUSTICE GUILD.

James R. Carlson, of Chicago, for appellant.

Charles D. Sheehy, Jr., of Illinois State's Attorneys Association, of Elgin, for the People.